FILED
E-FILED
Friday, 17 November, 2017 02:47:12 PM
Clerk, U.S. District Court, ILCD

NOV 1 7 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Jay Mitchell,                          )
                                            )
                    Plaintiff               )
                                            )
        vs.                                 )
                                            )        Case No. 17-3267
Montgomery County                           )        (The case number will be assigned by the clerk)
_____              )
_____              )
_____              )
_____              )
_____              )
_____              )
_____ ,            )
                                            )
                    Defendant(s)            )

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

_____

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _JOIN JAY mitchell_

Prison Identification Number: _R47421_

Current address: _10930 lawrence Rd, Sumner, Il. 62466_

_____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _____

Current Job Title: _____

Current Work Address _Montgomery County Jail_
_140 North main street, Hillsboro, Il. 62049_

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? ___1___ Describe the lawsuit(s) below.

Excessive Force

3

1. Name of Case, Court and Docket Number

2. Basic claim made _Excessive Force_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☑

If your answer is no, explain why not _Can't Read or Write. THE incident did not occur while incarcerated by IDOC._

C. Is the grievance process completed?   Yes ☐   No ☑

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Montgomery County Jail_

4

Date(s) of the occurrence _____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

1) Cruel and Unusual Punishment - I was in holding cell on suicide watch in a cell with no water. I was not being fed and this lasted approximately 23 days. I was denied any drinking water for approximately 5 days. The staff was rude towards me.

2) Excessive Force - Captain Isaac, Montgomery County Sheriff Office, Captain was called on from off-duty to respond to crisis issue. Captain placed restraints on me + placed me in a County Sheriff SUV, without buckling me in with a seatbelt. During the trip he was driving reckless + calling me names. At one point he turned a corner wildly + I flew towards the front security glass + my face + head hit the security glass. While at the hospital Captain was told back + head hurt from vehicle medals. At this point he choked me and forced me to sit down. He was not in any danger at any point during this incident as I was restrained.

3) Deliberate Indifference - medical treatment. I was denied medical treatment by Montgomery County Hospital Staff + by Captain Isaac at the jail + hospital.

5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## RELIEF REQUESTED

(State what relief you want from the court.)

_____

Pursue legal action against Evan Mattson, Captain Isley of Montgomery County Sheriff Department & Montgomery County Sheriff. Seeking punitive and compensatory damages.

JURY DEMAND       Yes ☑       No ☐

Signed this _____ day of SEPtember 26 , 20 17 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Jolly Jay Mitchell | R47421 |
| Address: | Telephone Number: |
| 10930 lAwrence Rd Sumner, Il. 62466 | |

8





U.S. POSTAGE PITNEY BOWES

ZIP 62466
02 1W
0001393731 $002.24 NOV 03 2017

US POSTAGE PITNEY BOWES

ZIP 62466
02 1W
0001393731 $000.00 NOV 15 2017

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT. OF CORRECTIONS

PRIVILEGED

John Mitchell # R47424
18930 lawrence Rd.
Sumner, Il, 62466

Clerk of Court
United States District Court
Central District of Illinois

Att: legal mail