**Jim Vazzi**
**Montgomery County Sheriff**
140 North Main St.
Hillsboro, IL 62049

Dispatch:   (217) 532-9511
Office Manager: (217) 532-9512

Fax: (217) 532-6318
Jail: (217) 532-9514

March 7, 2018

Kenneth A. Wells
Clerk, United State District Court
Central District of Illinois
211 19th Street
Rock Island, IL 61201

Re: *Mitchell v. Montgomery County Jail* et al., 17-CV-3267

Dear Mr. Wells,

Our office received the enclosed notice and waiver of summons in the above-referenced case directed to "Captain Isaac."

I am writing to inform you that no person by the first or last name of Isaacs is or was employed at the Montgomery County Jail or the Montgomery County Sheriff's Office. As such, my office is unable to forward the notice and waiver to the named individual.

Sincerely,

Rick Robbins
Undersheriff



**Jim Vazzi**
Montgomery County Sheriff
140 North Main St.
Hillsboro, IL 62049

Kenneth A. Wells
Clerk, United State District Court
Central District of Illinois
211 19th Street
Rock Island, Illinois  61201

neopost
03/07/2018
US POSTAGE $00.47⁰
FIRST-CLASS MAIL
ZIP 62049
041L11240716