Date March 10. 2018

From: Jolly Mitchell
Register No. R47421
Lawrence Corr. Ctr.
10930 Lawrence Rd.
Sumner, IL 62466

To: Hon. Judge Harold Baker
U.S.Dist. Ct.Central Dist of Illinois
Office of the Clerk
201 S. Vine St., Rm 218
Urbana, IL 618023

Re: Mitchell v. Capt. Isaac, et. al., NO. 17-CV-03267-SLD

Dear Hon. Judge Baker:

In Your Honor's February 5, 2018 merit review and cae management order in my above referenced case, your Honor ordered that I relate to Your Honor the names of the John does sued that are responsible for my not being afforded food and water in the Montgomery County Jail. They are (1) Captain Kevin Knisley, (2) Jail Officer 1st. shift Dave Stege, and (3) Jail officer 1st. shift Jim Stitt. Please include these men as the defendants. Thank you.

Respectfully submitted,

Jolly J. Mitchell

Written by Douglas White, law clerk

1.

IN THE

u.s Dist. ct. Central Dist of Illinois

_____

Jolly mitchell )
Plaintiff/Petitioner )
)
Vs. ) No. 17-CV-03267-SLD
)
Capt. Isaac, et.al. )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Judge Harold Baker          TO: _____
U.S. Dist. Ct. Cen. Dist. Ill.      _____
201 S. Vine St. Rm. 218          _____
Urbana, IL 61803                 _____

PLEASE TAKE NOTICE that at: 7 AM/PM March 11, 2018, I placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. letter dated March 10, 2018 to Judge Harold Baker

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: Mar. 11, 2018      /s/ _____
                          Name: Jolly Mitchell
                          IDOC No. R47421
                          Lawrence Correctional Ctr.
                          10930 Lawrence Rd
                          Sumner, IL 62466

Revised 4/15/16